UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:05-21772-CIV_MARTINEZ/BANDSTRA

QANTUM COMMUNICATIONS
CORPORATION, a Delaware corporation,

    Plaintiff,
v.

STAR BROADCASTING, INC., a Florida
corporation, and RONALD E. HALE, SR.,

    Defendants.
_____/

## DEFENDANT RONALD E. HALE, SR.'S MOTION TO DISMISS AMENDED COMPLAINT

Defendant, Ronald E. Hale, Sr. files this, its Motion to Dismiss Amended Complaint and as grounds therefore says:

### FACTUAL BASIS

On October 31, 2005, this Court issued an Order allowing Defendant's attorney, Zuckerman Spaeder to withdraw. On November 7, 2005, Qantum filed its Amended Complaint that changed the requested relief, tried to tie Defendant Hale into personal responsibility for the responsibilities of Defendant Star under the agreement and added a new claim.

Qantum failed to serve the Amended Complaint on Defendant Hale even though and even after Defendant Hale filed his notice to proceed pro se. The first time that Defendant Hale knew about the Plaintiff's Amended Complaint was on December 12, 2005 when Plaintiff sent a fax to Hale of Plaintiff's Motion for Default which referred to the Amended Complaint.

Now Plaintiff Qantum not only wishes to conduct this litigation by economic warfare against the Defendant Hale, but also is attempting to conduct these proceedings by ambush. To date Plaintiff has not served Defendant Hale with the Amended Complaint. Discovery has been

cut off and the time for filing dispositive motions has been cut off. The Plaintiff is attempting to seize the moment, knowing full well that Hale does not have the monetary ability to retain counsel, and attempting to make Hale responsible for the alleged misconduct of Defendant Star. It's legal gamesmanship, plain and simple, as is clearly shown by a reading of the agreement.

WHEREFORE, Defendant Ronald E. Hale, Sr. request the Court to dismiss the Amended Complaint as being not timely filed or, in the alternative, not timely served on the Defendant Hale.

## THE AMENDED COMPLAINT

A careful reading of Qantum's Motion for Default will show that the Amended Complaint was not filed until after Hale's previous attorney had been released from the case and that the Plaintiff never served a copy of the Amended Complaint on Hale. Hale now has a copy of the Amended Complaint, but, to date, the Plaintiff has not served, as required by rule, a copy of the Amended Complaint on Hale. Plaintiff's Amended Complaint should be stricken from the record and not accepted by the Court.

Respectfully submitted,

_____
Ronald E. Hale, Sr.
21 Miracle Strip Pkwy.
Ft. Walton Beach, FL 32548
850-244-1400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by regular U.S. mail to: John O'Sullivan, Esq., Akerman Senterfitt, One Southeast Third Avenue, Miami, Florida 33131-1714 this 28th day of December, 2005.

_____
Ronald E. Hale, Sr.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-21772- MARTINEZ/BANDSTRA

QANTUM COMMUNICATIONS, CORP.,

    Plaintiff,

v.

STAR BROADCASTING, INC. and
RONALD E. HALE, SR.,

    Defendants.
_____/

## ORDER ON DEFENDANT RONALD E. HALE, SR.'S
## MOTION TO DISMISS AMENDED COMPLAINT

This Court, having reviewed the Motion to Dismiss Amended Complaint filed by the Defendant Ronald E. Hale, Sr. and all other pertinent documents filed in this matter, the Court finds that the Amended Complaint was not served in a timely fashion and raises new issues upon which there can be no discovery under the Order Setting Civil Trial Date and Pretrial Schedule Requiring Mediation, and Referring Certain Motions to Magistrate Judge previously entered by this Court.

THEREFORE, it is hereby ordered that Plaintiff's Amended Complaint is hereby dismissed.

DONE AND ORDERED in chambers at Miami, Florida this _____ day of _____, 200__.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:

**John O'Sullivan**
Akerman Senterfitt
Oone Southeast Third Ave
Miami, FL 33131-1714
Telephone 305-374-5600
Facsimile 305-374-5095

**Ronald E. Hale, Sr.**
21 Miracle Strip Pkwy.
Ft. Walton Beach, FL 32548
Terlephone 850-244-1400
Facsimile 850-243-1471