UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  05-21772-CIV-MARTINEZ-BANDSTRA

QANTUM COMMUNICATIONS
CORPORATION, a Delaware Corporation,

    Plaintiff,

vs.

STAR BROADCASTING, INC., a Florida
corporation, and RONALD E. HALE , SR.,

    Defendants.
_____/

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 54 and 58, and in accordance with this Court's Order on Non-Jury Proceeding to Determine Damages Incident to Specific Performance, Attorney's Fees and Costs, and Damages Pursuant to Count II of the Amended Complaint (D.E. No. 227) issued on June 8, 2007, as well as this Court's Order Granting Plaintiff's Motion for Summary Judgment and Granting Plaintiff's Motion for Sanctions (D.E. No. 164), judgment is entered in favor of the Plaintiff and against Defendants.  Defendants shall compensate Qantum for its pecuniary losses arising from Defendants' defaults in failing to timely perform the WTKE Purchase Agreement as follows:

    a)    **$667,443** in lost operating profits;

    b)    if Defendants are unable to provide Qantum with a tower lease at Closing containing terms substantially similar if not identical to those terms set forth in the April 8, 2002 tower lease between Star Tower LLC and

    Capstar Radio Operating Company, an additional **$978,748** in lost operating profits;

 c) if Defendants are unable to provide Qantum with a tower lease at Closing containing terms substantially similar if not identical to those terms set forth in the April 8, 2002 tower lease between Star Tower LLC and Capstar Radio Operating Company, an additional **$325,586** for the cost to construct a new tower;

 d) if Defendants provide Qantum with a tower lease at Closing containing terms that are not substantially similar to those terms set forth in the April 8, 2002 tower lease between Star Tower LLC and Capstar Radio Operating Company, then Qantum will be entitled to damages arising out of any dissimilar terms contained in the tower lease provided;

 e) **$497,600** for those Missing Assets listed on Schedule 1.1(b) of the WTKE Purchase Agreement;

 f) **$326,939** in damages associated with Defendants' failure to negotiate in good faith the Tower Purchase Option pursuant to Section 1.3 of the WTKE Purchase Agreement; and

 g) **$1,152,493** in reasonable attorney's fees and costs incurred by Qantum through May 9, 2007.

Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961 from the date of the closing as further described in this Court's Order on Non-Jury Proceeding to Determine Damages Incident to Specific Performance, Attorney's Fees and Costs, and Damages Pursuant to Count II

of the Amended Complaint (D.E. No. 227) issued on June 8, 2007.

DONE AND ORDERED in Open Court at Miami, Florida, this 8th day of June, 2007.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record